```
7047897-Court-A-Unit                    IN RE
WILLIAM T. BATCHELOR, II                TYRONE ALLEN DUBREY
107 CASTLE STREET                       20748 HWY 17 NORTH
ATTORNEY FOR DEBTORS
WILMINGTON, NC 28401                    HAMPSTEAD, NC 28443
                                        SSN or Tax I.D.    XXX-XX-5566
                                        ------------------------------
Chapter 13                              CHANNETA ANN DUBREY
Case Number:   04-07897-8-JRL           20748 HWY 17 NORTH

                                        HAMPSTEAD, NC 28443
                                        SSN or Tax I.D.    XXX-XX-7605
```

                                        United States Bankruptcy Court
                                        1760 Parkwood Boulevard
                                        Courtroom Room 101
                                        Wilson, NC 27893


                        NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns , Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the
Chapter 13 Plan.

<u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney,
if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to
consider your views on the motion, then on or before  12/14/2004, you or your attorney must file with
the court, pursuant to Local Rule  9013-1   and  9014-1, a written response, an answer explaining your
position, and a request for hearing at:

                        U.S. Bankruptcy Court
                        Eastern District of North Carolina
                        PO Box 2807
                        Wilson, NC  27894

If you mail your response to the court for filing, you must mail it early enough so the court will receive
it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| TYRONE ALLEN DUBREY | WILLIAM T. BATCHELOR, II | Richard M. Stearns |
| 20748 HWY 17 NORTH | 107 CASTLE STREET | P.O. Box 2218 |
| HAMPSTEAD, NC 28443 | ATTORNEY FOR DEBTORS | Kinston, NC 28502 |
| ------------------------------ | WILMINGTON, NC 28401 | |
| CHANNETA ANN DUBREY | | |
| 20748 HWY 17 NORTH | | |
| HAMPSTEAD, NC 28443 | | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will
be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified
accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief
sought in the motion or objection and may enter an order granting that relief.

Date:  November 19, 2004                        Richard M. Stearns
                                                Chapter 13 Trustee
                                                P.O. Box 2218
                                                Kinston, NC 28502

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

IN RE:  CASE NUMBER: 04-07897-8-JRL

**TYRONE A DUBREY**

**CHANNETA A DUBREY**

**CHAPTER 13**

**DEBTOR(S)**

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on November 15, 2004, or has supplied answers to written interrogatories;

2. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

3. That the Plan proposed by the debtor(s) provides for aggregate payments of $8,100.00 to be paid as follows:

   $225.00 PER MONTH FOR 36 MONTHS

4. That an analysis of this Plan has been performed by the trustee, a copy of which is attached as exhibit "A" and the trustee is of the opinion that the Plan meets the requirements of 11 U.S.C. §1325 for confirmation;

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. That the claims of secured creditors shall be paid as secured to the extent of the value of the collateral as set out below:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #5 AMERICAN GENERAL | '90 MAZDA | N/A | THE DEBTOR ABANDONS HIS INTEREST IN THE COLLATERAL. THE TRUSTEE WILL NOT PAY THIS CLAIM UNLESS A DEFICIENCY CLAIM IS FILED. |

| #3 HOMEQ | HOUSE & LAND | N/A | TO BE PAID DIRECT, ARREARS WITHIN 36 MONTHS; **IF PROOF OF CLAIM IS TIMELY FILED** |
| --- | --- | --- | --- |
| #7 PENDER CO TAX COLL | TAXES | $352.84 SECURED | TO BE PAID WITHIN 36 MONTHS @ 10 ¼% INTEREST |

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the Debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief.

7. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims:

    NONE

8. That the treatment of claims indicated in paragraphs 6 and 7 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

9. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

    | Creditor | Property Leased or Contracted For | Treatment |
    | --- | --- | --- |
    | NONE | | |

10. That priority claims shall be paid in full over the term of the Plan;

11. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

12. That confirmation of the Plan vests all property of the estate in the debtor(s);

13. That the attorney for the debtor(s) is requesting fees in the amount of $500.00. The Trustee recommends to the Court a fee of $500.00. If the recommended fee is different from that requested an explanation can be found in exhibit 'A.'

                        RICHARD M. STEARNS

                        _____
                        Standing Chapter 13 Trustee

## EXHIBIT 'A'

| | | | |
|---|---|---|---|
| **DEBTORS:** | TYRONE & CHANNETA DUBREY | **CASE NUMBER:** | 04-07897-8-JRL |

**EMPLOYMENT:**

| | | | |
|---|---|---|---|
| Debtor: | EDGEMONT STONE SUPPLY CO | GROSS INCOME: | $1,991.80 |
| Spouse: | DAVIS HEALTH CARE & NURSE | | $1,758.18 |

**Prior Bankruptcy cases:**  Yes ☐   No ☒   If so, Chapter ___ filed ___

Disposition:

**Real Property**: House and Lot ☐  Mobile home ☐  Lot/Land ☐  Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | RESIDENCE (JT) | | |
| FMV | $45,000.00 | Date Purchased | |
| Liens | $65,004.15 | Purchase Price | |
| Exemptions | $0.00 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | $19,890.00 |

**COMMENTS**:

**Attorney Fees**:

| | | |
|---|---|---|
| Requested: | $500.00 | (excluding filing fee) |
| Paid: | $500.00 | (excluding filing fee) |
| Balance: | $ 0.00 | |

**Trustee's Recommendation:**   $500.00

Comments:

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $30,861.51 | Pay in | $8,100.00 | Priority | 100.00% |
| Priority | $1,492.27 | Less 10.00% | $ 810.00 | Secured | 100.00% |
| Secured | $3,967.48 | Subtotal | $7,290.00 | Unsecured | 7.00% |
| Unsecured | $25,401.76 | Req. Atty. Fee | $ 0.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $7,290.00 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

**Annual Review:**  Yes ☒   No ☐
**Payroll Deduction:**  Yes ☐   No ☒

Objection to Confirmation:  Yes ☐   No ☒

   Pending:
   Resolved:

Motions Filed:   Yes ☐   No ☒

   If so, indicate type and status:

Hearing Date:

# CERTIFICATE OF MAILING

CASE: 7047897   TRUSTEE: 54   COURT: 278   Page 1 of 2
TASK: 11-18-2004.00320072.LSA000   DATED: 11/19/2004

| | | | |
|---|---|---|---|
| Court | | United States Bankruptcy Court<br>Courtroom Room 101 | 1760 Parkwood Boulevard<br>Wilson, NC 27893 |
| Trustee | | Richard M. Stearns | P.O. Box 2218<br>Kinston, NC 28502 |
| Debtor | | TYRONE ALLEN DUBREY | 20748 HWY 17 NORTH<br>HAMPSTEAD, NC 28443 |
| Joint | | CHANNETA ANN DUBREY | 20748 HWY 17 NORTH<br>HAMPSTEAD, NC 28443 |
| 799 | 000002 | WILLIAM T. BATCHELOR, II<br>ATTORNEY FOR DEBTORS | 107 CASTLE STREET<br>WILMINGTON, NC 28401 |
| 012 | 000012 | CITIFINANCIAL | PO BOX 8020<br>SOUTH HACKENSACK, NJ 07606 |
| 020 | 000020 | MRS ASSOCIATES, INC. | 3 EXECUTIVE CAMPUS, SUITE 400<br>CHERRY HILL, NJ 08002 |
| 014 | 000014 | CS | 18025<br>HAUPPAUGE, NY 11788 |
| 017 | 000017 | SHELL CITIBANK | PO BOX 41417, DEPT. 99<br>PHILADELPHIA, PA 19101 |
| 018 | 000018 | NCO FINANCIAL SYSTEMS, INC. | PO BOX 41457<br>PHILADELPHIA, PA 19101-1457 |
| 013 | 000013 | FBCS | 841 HUNTING PARK AVE<br>PHILADELPHIA, PA 19124-4824 |
| 006 | 000006 | INTERNAL REVENUE SERVICE<br>320 FEDERAL PLACE RM 335 | INSOLVENCY SUPPORT SERVICES<br>GREENSBORO, NC 27401-0000 |
| 025 | 000025 | BELK CENTER<br>RECOVERY DEPARTMENT | 2801 W. TYVOLA ROAD<br>CHARLOTTE, NC 28217-0000 |
| 015 | 000015 | CATO<br>BANKRUPTCY DEPARTMENT | PO BOX 34216<br>CHARLOTTE, NC 28234-4216 |
| 008 | 000008 | PRIME RATE PREMIUM FINANCE | PO BOX 35229<br>CHARLOTTE, NC 28235 |
| 005 | 000005 | AMERICAN GENERAL<br>CHAPTER 13 RECOVERY | 341 S. COLLEGE ROAD<br>WILMINGTON, NC 28403 |
| 011 | 000011 | CITIFINANCIAL | PO BOX 3605<br>WILMINGTON, NC 28406-3605 |
| 029 | 000029 | COASTAL CAROLINA PATHOLOGY, PA | 2606 IRON GATE DRIVE, STE 201<br>WILMINGTON, NC 28412 |
| 007 | 000007 | PENDER COUNTY TAX COLLECTOR<br>CHAPTER 13 BANKRUPTCY | PO BOX 1047<br>BURGAW, NC 28425-0366 |
| 026 | 000026 | DISCOVER CARD<br>BANKRUPTCY DEPT. | PO BOX 8003<br>HILLIARD, OH 43026-0000 |
| 019 | 000019 | MRS ASSOCIATES | 6530 W. CAMPUS OVAL<br>NEW ALBANY, OH 43054 |
| 009 | 000009 | WELLS FARGO | 4137 121 ST STREET<br>URBANDALE, IA 50323 |
| 022 | 000022 | BP AMOCO | PO BOX 2547<br>WATERLOO, IA 5074 |
| 021 | 000021 | THE CBE GROUP<br>CHAPTER 13 RECOVERY | PO BOX 3251<br>MILWAUKEE, WI 53201-3251 |
| 024 | 000024 | AD FINANCIAL TRUST 2003-A | 5996 W. TOUHY AVENUE<br>NILES, IL 60714-4610 |

CASE: 7047897    TRUSTEE: 54    COURT: 278    Page 2 of 2
TASK: 11-18-2004.00320072.LSA000    DATED: 11/19/2004

| | | | |
|---|---|---|---|
| 030 | 000030 | SEARS<br>ATTN: BANKRUPTCY DEPARTMENT | 7920 NW 110TH STREET<br>KANSAS CITY, MO 64153-1270 |
| 010 | 000010 | TIBURON FINANCIAL | PO BOX 770<br>BOYSTOWN, NE 68010 |
| 027 | 000027 | LTD FINANCIAL SERVICES | 7322 SW FREEWAY STE 1600<br>HOUSTON, TX 77074 |
| 028 | 000028 | PHOENIX SLEEP | PO BOX 13447<br>SCOTTSDALE, ZA 85267 |
| 023 | 000023 | CHASE RECEIVABLES | 1247 BROADWAY<br>SONOMA, CA 95476 |
| 003 | 000003 | HOMEQ<br>CHAPTER 13 RECOVERY | PO BOX 13716<br>SACRAMENTO, CA 95853-3716 |
| 004 | 000004 | HOMEQ<br>CHAPTER 13 RECOVERY | PO BOX 13716<br>SACRAMENTO, CA 95853-3716 |
| 016 | 000016 | ERS SOLUTIONS | PO BOX 9004<br>RENTON, WA 98057 |

33 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 11/19/2004.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON 11/19/2004 BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail